IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HERMAN TRACY CLARK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OKLAHOMA PARDON AND PAROLE )<br>BOARD, et al., )<br>)<br>Defendants. ) | No. CIV-20-981-C |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Amanda Maxfield Green on January 28, 2021. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 10) of the Magistrate Judge is adopted and the complaint is dismissed.

IT IS SO ORDERED this 24th day of March 2021.

ROBIN J. CAUTHRON
United States District Judge