IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HERMAN TRACY CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-20-981-C |
| ) | |
| OKLAHOMA PARDON AND PAROLE ) | |
| BOARD, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT OF DISMISSAL

Upon consideration of the civil rights Complaint filed herein, the Report and Recommendation of the Magistrate Judge, and the Court's accompanying Supplemental Order filed this date,

IT IS ORDERED, ADJUDGED, AND DECREED that the Complaint be and the same is hereby dismissed.

DATED this 12th day of April 2021.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge